Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
clalexander@swlaw.com
*Attorneys for Defendant Wells Fargo Bank N.A. incorrectly named as Wells Fargo Home Mortgage, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS PHAM, an individual; and OANH T. PHAM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST MAGNUS FINANCIAL CORPORATION, an Arizona Corporation; WELLS FARGO HOME MORTGAGE, INC., a Nevada Corporation; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; and DOES I – X, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-00617-PMP-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Thomas Pham and Oanh T. Pham, through counsel, James Kwon, LLC, and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage, Inc., through counsel, Snell and Wilmer L.L.P.:

/ / /

/ / /

11545740.1

1  THAT the above-captioned case, all claims, causes of action and defenses between Plaintiffs and Defendants set forth in the pleadings be dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 20 day of May 2010.       Dated this 21 day of May 2010.

JAMES KWON, LLC                      SNELL & WILMER L.L.P.

By: _____          By: _____
James W. Kwon, Esq.                  Cynthia L. Alexander, Esq.
James Kwon, LLC                      Nevada Bar No. 6718
8925 West Post Road, Suite 120       Cassie R. Stratford, Esq.
Las Vegas, NV 89148                  Nevada Bar No. 11288
702.515.1200                         Snell & Wilmer L.L.P.
jkwon@jwklawfirm.com                 3883 Howard Hughes Parkway, Ste. 1100
*Attorneys for Plaintiffs*           Las Vegas, NV 89169
                                     Tel: 702-784-5200
                                     Fax: 702-784-5252
                                     clalexander@swlaw.com
                                     *Attorneys for Defendant Wells Fargo Bank N.A.*

### ORDER

IT IS SO ORDERED that the above-captioned case and all claims, causes of action and defenses between Plaintiffs, Thomas Pham and Oanh T. Pham and Defendant Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Home Mortgage, Inc., set forth in the pleadings, are dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

DATED this ____ day of _____ 2010.

_____
DISTRICT COURT JUDGE

///
///
///

Respectfully submitted,

SNELL & WILMER L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
3883 Howard Hughes Parkway, Ste. 1100
Las Vegas, NV 89169
*Attorneys for Defendant Wells Fargo Bank N.A.*